IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 24 C 4441 |
| | ) | |
| COMMAND MECHANICAL GROUP, LLC, | ) | JUDGE MATTHEW F. |
| an Illinois limited liability company, | ) | KENNELLY |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendant, COMMAND MECHANICAL GROUP, LLC, an Illinois limited liability company, in the total amount of $19,235.90, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $10,271.25.

1.      On July 18, 2024, this Court entered default against Defendant.

2.      On July 23, 2024, this Court entered an Order of Default and for Audit directing an audit of Defendant's payroll books and records for the audit period of January 1, 2023 through May 31, 2024.

3.      From August 2024 through January 13, 2025, Plaintiffs' counsel pursued an order setting a hearing on a rule to show cause and contempt of court proceedings against Defendant. Defendant failed to appear in Court for any of the scheduled hearings.

4.      On February 26, 2025, the Honorable Judge Kennelly signed a Body Attachment Order against Timothy Adkins.  Plaintiffs' counsel filed the appropriate paperwork with the U.S. Marshal's Service.  At some point thereafter, the U.S. Marshal's Service contacted Mr. Adkins.

5.      On June 4, 2025, Defendant's counsel filed his appearance and a motion to vacate, stay and quash the default of Defendant and the order for body attachment.

6.      On June 12, 2025, Plaintiffs' counsel and Defendant's counsel agreed to vacate the orders for default and body attachment and the Honorable Judge Kennelly entered the Order.

7.      On October 27, 2025, the audit report was sent to Defendant's counsel.

8.      On November 17, 2025, Defendant's counsel advised Plaintiffs' counsel that Defendant did not dispute the audit findings but that Defendant was unable to pay the audit amounts due.

9.      On November 17, 2025 and December 2, 2025, Plaintiffs' counsel asked Defendant's counsel if the Defendant would agree to enter into an agreed judgment order.

10.     On December 9, 2025, Defendant's counsel advised Plaintiffs' counsel that the Defendant was not agreeable to an agreed judgment order.

11.     As of the date of filing this Motion, Defendant's counsel has not answered Plaintiffs' Complaint.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $29,507.15.

Destiny A. Collins
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL  60606-5250
Bar No.: 6343296
Telephone: 312/216-2562
Facsimile: 312/236-0241
E-Mail: dcollins@baumsigman.com

I:\265J\Command Mechanical\motion for entry of default and judgment.dac.df.docx